The People of the State of Illinois, Plaintiff-Appellee, *v.* James R. Sullivan, Defendant-Appellant.

(No. 74-317; )

Fifth District—May 27, 1975.

PER CURIAM.

Stephen P. Hurley and Daniel M. Kirwan, both of State Appellate Defender's Office, of Mount Vernon, for appellant.

Michael J. Henshaw, State's Attorney, of Harrisburg, and Bruce D. Irish, of Illinois State's Attorneys Association, of Mt. Vernon, for the People.